JONATHAN R. LOVVORN, CA Bar No. 187393
jlovvorn@hsus.org
2100 L St., N.W.
Washington, DC 20037
(202) 955-3669 (phone)
(202) 778-6132 (fax)

*Counsel for Plaintiff Californians for Humane Farms*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **CALIFORNIANS FOR HUMANE FARMS**<br>1545A Powell Street<br>San Francisco, CA 94133<br><br>Plaintiff,<br><br>v.<br><br>**ED SCHAFER**, Secretary<br>United States Department of Agriculture<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250,<br><br>**AMERICAN EGG BOARD**<br>1460 Renaissance Drive<br>Park Ridge, IL 60068,<br><br>Defendants. | E-filing<br><br>Civ. No. CV 08 3843 ( )<br><br>Administrative Procedure Act Case |

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

*[signature]*

August 11, 2008         Jonathan R. Lovvorn (CA Bar No. 187393)