1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2 | JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
3 | JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorney
4 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
5 | Telephone: (415) 436-7102
Fax: (415) 436-6748
6 | E-mail: julie.arbuckle@usdoj.gov

Attorneys for Defendant Ed Schafer, Secretary of the United States Department of Agriculture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR HUMANE FARMS,<br><br>Plaintiff,<br><br>v.<br><br>ED SCHAFER, Secretary United States Department of Agriculture; and AMERICAN EGG BOARD,<br><br>Defendants. | Nos. CV 08-3843 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 14, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/S/_____
JULIE A. ARBUCKLE
Assistant United States Attorney
Attorneys for Ed Schafer, Secretary of
the United States Department of Agriculture

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE - CV 08-3843 BZ