```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JAONN M. SWANSON (CABN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    Fax: (415) 436-6748
    E-mail: julie.arbuckle@usdoj.gov
Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR HUMANE FARMS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ED SCHAFER, Secretary United States ) <br> Department of Agriculture; and ) <br> AMERICAN EGG BOARD ) <br> ) <br> Defendants. ) <br> ) | No. CV 08-3843 BZ <br><br> CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following:

**Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge**

to be served by mail upon the party(ies) at the address(es) stated below, which is/are the last known address(es):

American Egg Board
1460 Renaissance Drive
Park Ridge, IL 60068

//

//

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.

                                        Very truly yours,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                                /s/
Date: 8/14/08                           _____
                                          KATHY TERRY
                                          Legal Assistant