1  PETER A. BRANDT, CA Bar No. 241287
2  pbrandt@hsus.org
   JONATHAN R. LOVVORN, CA Bar No. 187393
3  jlovvorn@hsus.org
   2100 L St., N.W.
4  Washington, DC 20037
5  (202) 955-3669 (phone)
   (202) 778-6132 (fax)
6

7  *Counsel for Plaintiff Californians for Humane Farms*

8              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION

10

11  **CALIFORNIANS FOR HUMANE
    FARMS**
12  1545A Powell Street
13  San Francisco, CA 94133

14                  Plaintiff,

15           v.                          Civ. No. 08-03843 (BZ)

16  **ED SCHAFER**, Secretary           Administrative Procedure Act Case
17  United States Department of Agriculture
    1400 Independence Avenue, S.W.      **Line Entering Appearance**
18  Washington, DC 20250,

19
    **AMERICAN EGG BOARD**
20  1460 Renaissance Drive
21  Park Ridge, IL 60068,

22                  Defendants.

23

24              ENTERING APPEARANCE

25

26      Plaintiff hereby requests that the Clerk of the Court enter the appearance of

    Peter A. Brandt as counsel for Plaintiff in the above captioned matter.
27

28

                                - 1 -

1

2

3

4

5    August 14, 2008

6

7

8

9

Respectfully submitted,

Peter A. Brandt (CA Bar No. 241287)
pbrandt@hsus.org
2100 L St., N.W.
Washington, DC 20037
(240) 388-5023 (phone)
(202) 778-6132 (fax)