| Clerk's Use Only | |
|---|---|
| Initial ✗ fee pd.: | |

Type name, address, phone number of applicant here
Ralph E. Henry
2100 L Street, NW
Washington, DC 20037
(202) 676-2324

FILED
08 AUG 14 PM 3: 31

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Californians for Humane Farms

              Plaintiff(s),

              v.

Ed Schafer, Secretary, U.S. Dept. of Agriculture,
American Egg Board

              Defendant(s).       /

CASE NO. Civ. 08-03843(BZ)

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Ralph E. Henry, an active member in good standing of the bar of Maryland Court of Appeals, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Californians for Humane Farms in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Peter A. Brandt, 827 24th Street, #3 Sacramento, CA 95816
(240) 388-5023

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/13/08                                           *[signature] Ralph Henry*

UNITED STATES DISTRICT COURT

Northern District of California

Californians for Humane Farms

CASE NO. Civ 08-03843(BZ)

Plaintiff(s),

v.

Ed Schafer, Secretary, U.S. Dept. of Agriculture,
American Egg Board,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____Ralph E. Henry_____ , an active member in good standing of the bar of _____Maryland Court of Appeals_____ whose business address and telephone number (particular court to which applicant is admitted) is

2100 L Street, NW
Washington, DC 20037
202-676-2324

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, Californians for Humane Farms .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge