PETER A. BRANDT (CA Bar No. 241287)
pbrandt@hsus.org
JONATHAN R. LOVVORN, CA Bar No. 187393
jlovvorn@hsus.org
2100 L St., N.W.
Washington, DC 20037
(202) 955-3669 (phone)
(202) 778-6132 (fax)

*Counsel for Plaintiff Californians for Humane Farms*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALIFORNIANS FOR HUMANE FARMS**<br>1545A Powell Street<br>San Francisco, CA 94133<br><br>Plaintiff,<br><br>v.<br><br>**ED SCHAFER**, Secretary<br>United States Department of Agriculture<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250,<br><br>**AMERICAN EGG BOARD**<br>1460 Renaissance Drive<br>Park Ridge, IL 60068,<br><br>Defendants. | Civ. No. 08-03843 (MHP)<br><br>**Declaration of Service by Hand on United States Attorney for the Northern District of California** |

## CERTIFICATE OF SERVICE

At the time of service, the undersigned was at least eighteen years of age and not a party to this action, and served true copies of the following documents:

(1) Copy of Summonses
(2) Civil Cover Sheet
(3) Complaint for Declaratory and Injunctive Relief (Signed and Stamped)
(4) Certificate of Interested Entities and Persons

(5) Order Setting Initial Case Management Conference and ADR Deadlines
(6) Standing Order on Contents of Joint Case Management Statement
(7) Notice of Assignment to Magistrate Judge Bernard Zimmerman
(8) Forms for Consent/Declination to Proceed before Magistrate
(9) Standing Orders of Hon. Bernard Zimmerman
(10) ECF Registration Information Handout

On **August 13, 2008**, I served the above-listed documents by serving true copies of them by hand to the following entity:

United States Attorney
Attn: Civil Process Clerk
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102

I have attached a copy of the receipt provided by the U.S. Attorney's Office as further proof of service.

<u>Name and Address of Person who Served Papers</u>:

Peter A. Brandt
827 24th Street, #3
Sacramento, California 95816

<u>Fee Charged for Service</u>:

None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 15, 2008

_____
Peter A. Brandt

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _Elsie Sato, Civil Process Clerk, U.S. Attorney's Office_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

08 AUG 13 PM 4:16
SAN FRANCISCO, CA
U.S. ATTORNEY'S OFFICE