1  PETER A. BRANDT (CA Bar No. 241287)
2  pbrandt@hsus.org
   JONATHAN R. LOVVORN, CA Bar No. 187393
3  jlovvorn@hsus.org
4  2100 L St., N.W.
   Washington, DC 20037
5  (202) 955-3669 (phone)
   (202) 778-6132 (fax)
6
7  *Counsel for Plaintiff Californians for Humane Farms*

8              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10

11 **CALIFORNIANS FOR HUMANE
   FARMS**
12 1545A Powell Street
13 San Francisco, CA 94133

14              Plaintiff,                    Civ. No. 08-03843 (MHP)

15         v.
                                             **Declaration of Service by Mailing
16 **ED SCHAFER**, Secretary                on Defendant Ed Schafer,
17 United States Department of Agriculture   Defendant American Egg Board,
   1400 Independence Avenue, S.W.            and United States Attorney General
18 Washington, DC 20250,                     Michael B. Mukasey**

19
   **AMERICAN EGG BOARD**
20 1460 Renaissance Drive
   Park Ridge, IL 60068,
21
22              Defendants.

23
                    **CERTIFICATE OF SERVICE**
24

25     At the time of service, the undersigned was at least eighteen years of age and

26 not a party to this action, and served true copies of the following documents:

27     (1)  Notice of Lawsuit and Request for Waiver of Service of Process
       (2)  Waiver of Service of Process
28     (3)  Copy of Summonses
       (4)  Civil Cover Sheet

1

(5)  Complaint for Declaratory and Injunctive Relief (Signed and Stamped)

2

(6)  Certificate of Interested Entities and Persons

(7)  Order Setting Initial Case Management Conference and ADR Deadlines

3

(8)  Standing Order on Contents of Joint Case Management Statement

4

(9)  Notice of Assignment to Magistrate Judge Bernard Zimmerman

(10) Forms for Consent/Declination to Proceed before Magistrate

5

(11) Plaintiff's Consent to Proceed before Magistrate

6

(12) Standing Orders of Hon. Bernard Zimmerman

(13) ECF Registration Information Handout

7

(14) Filing Process Guidelines for N.D. Cal., San Francisco Division

(15) Line Entering Appearance of Peter A. Brandt as Counsel for Plaintiff

8

9

On **August 15, 2008**, I served the above-listed documents by placing true

10

copies of them in a sealed envelope and placing them in the United States mail,

11

certified and postage prepaid, addressed to the following entities:

12

13

Ed Schafer, Secretary
United States Department of Agriculture

14

1400 Independence Ave., SW
Washington, DC 20250

15

16

American Egg Board
1460 Renaissance Drive

17

Park Ridge, Illinois 60068

18

Michael B. Mukasey, Attorney General

19

U.S. Department of Justice
950 Pennsylvania Ave., NW

20

Washington, DC 20530

21

22

I have attached a copy of the receipt provided by the U.S. Attorney's Office as

23

further proof of service.

24

Name and Address of Person who Served Papers:

25

26

Ralph E. Henry
2100 L Street, NW

27

Washington, DC 20037

28

1    <u>Fee Charged for Service:</u>

2    None

3    I declare under penalty of perjury under the laws of the United States of

4    America that the foregoing is true and correct.

5

6

7    Date: August 18, 2008                    Ralph E. Henry

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20250

| | | |
|---|---|---|
| Postage | $ | $4.20 | 0241 |
| Certified Fee | | $2.70 | 20 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.50 | |

7008 1830 0000 5015 6574

Postmark Here — MERRIFIELD VA 22116 — AUG 15 — USPS 08/15/2008

Sent To Ed Schafer, Secretary, USDA
Street, Apt. No.; or PO Box No. 1400 Independence Ave., SW
City, State, ZIP+4 Washington, DC 20250

PS Form 3800, August 2006                See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

PARK RIDGE IL 60068

| | | |
|---|---|---|
| Postage | $ | $4.80 | 0241 |
| Certified Fee | | $2.70 | 20 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.50 | |

7008 1830 0000 5015 6550

Postmark Here — USPS — MERRIFIELD VA 22116 — AUG 15 — 08/15/2008

Sent To American Egg Board
Street, Apt. No.; or PO Box No. 1460 Renaissance Drive
City, State, ZIP+4 Park Ridge Illinois 60068

PS Form 3800, August 2006                See Reverse for Instructions

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $4.80 | 0241 |
| Certified Fee | | $2.70 | 20 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.50 | |

7008 1830 0000 5015 6567

Postmark Here — MERRIFIELD VA 22116 — AUG 15 2008 — USPS 08/15/2008

Sent To Michael Mukasey, Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave., NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006                See Reverse for Instructions