PETER A. BRANDT (CABN 241287)
pbrandt@hsus.org
JONATHAN R. LOVVORN (CABN 187393)
jlovvorn@hsus.org
2100 L St., N.W.
Washington, DC 20037
(240) 388-5023 (phone)
(202) 778-6132 (fax)

*Counsel for Plaintiff Californians for Humane Farms*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIANS FOR HUMANE FARMS<br>1545A Powell Street<br>San Francisco, CA 94133<br><br>      Plaintiff,<br><br>      v.<br><br>**ED SCHAFER**, Secretary<br>United States Department of Agriculture<br>1400 Independence Avenue, S.W.<br>Washington, DC 20250,<br><br>**AMERICAN EGG BOARD**<br>1460 Renaissance Drive<br>Park Ridge, IL 60068,<br><br>      Defendants. | Civ. No. 08-03843 (MHP)<br><br>**Joint Stipulation** |

## JOINT STIPULATION

On August 12, 2008, Plaintiff filed a lawsuit alleging that the Secretary of the United States Department of Agriculture, Ed Schafer (the "Secretary"), made an unlawful decision to authorize the American Egg Board's revised 2008 annual budget, and to prevent officials of the Egg Board ("Defendant AEB") from

disbursing funds pursuant to that budget for certain purposes alleged by Plaintiff to be unlawful.

Defendants deny Plaintiff's allegations, and contend that the expenditures and ads at issue in this case are lawful. Defendants reserve the right to challenge Plaintiff's standing, the Court's subject matter jurisdiction, and/or whether Defendants are proper parties, and to assert other defenses to Plaintiff's claims.

Plaintiff filed a Motion for a Temporary Restraining Order and/or Preliminary Injunction on August 18, 2008. The parties have since reached an agreement to avoid the need for the Court to resolve the motion as a request for a temporary restraining order, and hereby submit the following stipulations and proposed schedule for the Court's approval.

1. Plaintiff will not seek a Temporary Restraining Order against Defendants in this matter while Plaintiff's Motion for a Preliminary Injunction is pending resolution by the Court (except under the conditions authorized in Paragraph 6 below).

2. Defendants will not engage any expenditure or disbursement to other entities, of funds approved in Defendant American Egg Board's revised 2008 annual budget to support activities targeted specifically to California while Plaintiff's Motion for a Preliminary Injunction is pending resolution by the Court, provided that the motion will be heard by the Court on or before September 22, 2008.

3. Nothing in this agreement prevents Defendant AEB from engaging in educational, marketing, promotional or other lawful activities outside California while Plaintiff's Motion for a Preliminary Injunction is pending resolution by the Court.

4. Defendants will submit their opposition to Plaintiff's Motion for a Preliminary Injunction by September 5, 2008. Defendants request this date because the undersigned counsel for the Secretary will be on a pre-paid family vacation August 25, 2008 through September 2, 2008.

5.  Plaintiff will submit its reply in response to Defendants' opposition by September 12, 2008.

6.  The parties respectfully request that the Court hold a hearing on Plaintiff's Motion for a Preliminary Injunction and resolve that motion on or before Monday, September 22, 2008. If the Court is not prepared to resolve the motion by that date, Plaintiff reserves the right to seek a temporary restraining order concerning the expenditure of federal checkoff funds until such time as the Court is able to reach a decision on the motion.

7.  The Secretary represents and agrees that he controls the activities and expenditures of the AEB that are at issue in this case, that he will require the AEB to comply with the terms of this stipulation and any order the Court enters in this case, and that therefore, the AEB is not a necessary or proper party. Accordingly, Plaintiff shall promptly file an amended complaint removing the AEB from this action.

8.  Counsel for Plaintiff has been authorized by all parties to execute and file this Joint Stipulation on behalf of all parties.

Dated:  August 20, 2008                     Respectfully submitted,


/s/ *Julie A. Arbuckle*                     /s/ *Peter A. Brandt*
_____             _____

| | |
|---|---|
| JOSEPH P. RUSSONIELLO,<br>United States Attorney (CABN 44332),<br>JOANN M. SWANSON,<br>Chief, Civil Division (CABN 88143)<br>JULIE A. ARBUCKLE,<br>Ass't United States Att'y (CABN 193425)<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 | PETER A. BRANDT<br>(CABN 241287)<br>JONATHAN R. LOVVORN<br>(CABN 187393)<br>2100 L Street, NW<br>Washington, DC 20037<br>Telephone: (240) 388-5023<br>Facsimile: (202) 778-6132 |

Telephone: (415) 436-7102
Facsimile: (415) 436-6748
Email: julie.arbuckle@usdoj.gov

*Attorneys for Defendant Ed Schafer, Secretary, United States Department of Agriculture*

Email: pbrandt@hsus.org

*Attorneys for Plaintiff Californians for Humane Farms*

**SO ORDERED** this ___ day of August, 2008:

_____
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5-6(a)(2), I hereby certify that on this 20th day of August 2008, I caused a true copy of the foregoing Joint Stipulation to be served:

(1) Electronically by means of the Court's ECF system to Defendant Schafer's counsel to the following electronic address:

Julie.Arbuckle@usdoj.gov.

(2) By facsimile and first-class certified mail, postage prepaid, to Defendant American Egg Board at the following address:

American Egg Board

1460 Renaissance Drive

Park Ridge, Illinois 60068

Facsimile: (847) 296-7007

Respectfully submitted,

/s/ *Peter A. Brandt*

_____

August 20, 2008					Peter A. Brandt (CA Bar No. 241287)