1

2

3

4
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

5

**CALIFORNIANS FOR HUMANE FARMS**
6    1545A Powell Street
San Francisco, CA 94133
7
                          Plaintiff,
8
                 v.
9

10   **ED SCHAFER**, Secretary
United States Department of Agriculture
11   1400 Independence Avenue, S.W.
Washington, DC 20250,
12

13
                       Defendant.
14

Civ. No. 08-03843 (MHP)

**Stipulation of Dismissal**

15

16
## STIPULATION OF DISMISSAL

17         Pursuant to Fed. R. Civ. P. 41(a)(1) and the Joint Stipulation and Settlement
18   Agreement between the parties approved by the Court on October 9, 2008, the
19   parties hereby stipulate to the voluntarily dismissal of the above-captioned matter
20   in its entirety, with prejudice.

21         Counsel for Plaintiff has been authorized by counsel for Defendant to execute
22   and file this Stipulation of Dismissal on behalf of all parties.

23

24   Dated:  November 7, 2008          Respectfully submitted,

25

26

27   */s/ Julie A. Arbuckle*           */s/ Peter A. Brandt*

28   JOSEPH P. RUSSONIELLO,      PETER A. BRANDT
    United States Attorney (CABN 44332),  (CABN 241287)

JOANN M. SWANSON,
Chief, Civil Division (CABN 88143)
JULIE A. ARBUCKLE,
Assistant United States Attorney
(CABN 193425)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7102
Facsimile: (415) 436-6748
Email: julie.arbuckle@usdoj.gov

*Attorneys for Defendant Ed Schafer,
Secretary, United States Department of
Agriculture*

JONATHAN R. LOVVORN
(CABN 187393)
2100 L Street, NW
Washington, DC 20037
Telephone: (240) 388-5023
Facsimile: (202) 778-6132
Email: pbrandt@hsus.org

*Attorneys for Plaintiff Californians for
Humane Farms*

**PURSUANT TO THE ABOVE STIPULATION OF DISMISSAL, APPROVED AND SO ORDERED:**

Dated: November 14, 2008:



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel
Judge